# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-063-MOC-DCK

| | |
|---|---|
| LEE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN a/k/a EXPERIAN )<br>INFORMATION SOLUTIONS, INC.; )<br>EXPERIAN a/k/a EXPERIAN HOLDINGS, )<br>INC.; EXPERIAN a/k/a EXPERIAN )<br>NORTH AMERICA, INC.; )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by C. Randolph Emory, concerning William M. Kaludis on May 10, 2019. Mr. William M. Kaludis seeks to appear as counsel *pro hac vice* for Plaintiff, Lee Johnson. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Mr. William M. Kaludis is hereby admitted *pro hac vice* to represent Plaintiff, Lee Johnson.

**SO ORDERED**.

Signed: May 13, 2019

David C. Keesler
United States Magistrate Judge