IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-063-MOC-DCK

| | |
|---|---|
| LEE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EXPERIAN a/k/a EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC.; ) | |
| EXPERIAN a/k/a EXPERIAN HOLDINGS, ) | |
| INC.; EXPERIAN a/k/a EXPERIAN ) | |
| NORTH AMERICA, INC.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Ashley Brathwaite, concerning Rebecca C. Reynolds on January 22, 2020. Rebecca C. Reynolds seeks to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Rebecca C. Reynolds is hereby admitted *pro hac vice* to represent Defendant Experian Information Solutions, Inc..

**SO ORDERED**.

Signed: January 27, 2020

David C. Keesler
United States Magistrate Judge