# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-063-MOC-DCK

| | |
|---|---|
| LEE JOHNSON, | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| EXPERIAN a/k/a EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN a/k/a EXPERIAN HOLDINGS, INC.; EXPERIAN a/k/a EXPERIAN NORTH AMERICA INC.; | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Consent Motion To Conduct Mediation With Mediator Edward T. Hinson, Jr." (Document No. 23) filed January 24, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Consent Motion To Conduct Mediation With Mediator Edward T. Hinson, Jr." (Document No. 23) is **GRANTED**.

Signed: January 27, 2020

David C. Keesler
United States Magistrate Judge